

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00563-CV

**Interest of T.C.J.**, K.A.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02461
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is unable to afford payment of costs; no costs of court are taxed in this appeal.

SIGNED May 25, 2022.

_____
Patricia O. Alvarez, Justice